UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| FELTON MAGEE (#119108) | CIVIL ACTION NO. 09-3142 "F" (2) |
|---|---|
| VERSUS | JUDGE FELDMAN |
| SHERIFF ROBERT CROWE, ET AL | MAGISTRATE JUDGE WILKINSON |

## ANSWER AND DEFENSES

NOW INTO COURT, through undersigned counsel come defendants, Robert Crowe, Sheriff of Washington Parish, Warden Demille Topps, Assistant Warden Wally Cummings, Deputy Pinac, Deputy Rester and Sergeant Angela Knight, who answer petitioner's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against the defendants upon which relief can be granted.

### SECOND DEFENSE

The Court is without jurisdiction in this matter, inasmuch as there is no diversity of citizenship between the parties hereto.

### THIRD DEFENSE

The Court is without jurisdiction in this matter, inasmuch as the amount of controversy exclusive of interests and costs does not exceed the sum and value of $75,000.00

## FOURTH DEFENSE

Defendants categorically paragraph by paragraph allege and aver as follows:

I.

Denied for lack of sufficient information upon which to justify a belief therein.

II.

Denied for lack of sufficient information upon which to justify a belief therein.

III.

Denied for lack of sufficient information upon which to justify a belief therein.

IV.

Denied for lack of sufficient information upon which to justify a belief therein.

## FIFTH DEFENSE

The Court is without jurisdiction as to all claims asserted by the petitioner in this matter, inasmuch as the Complaint fails to state a proper claim of relief under the Constitution of the United States or any United States statute.

## SIXTH DEFENSE

Defendants herein plead that any action taken by them was done in good faith and with probable cause, without malice and under laws believed to be constitutional.

**SEVENTH DEFENSE**

That the petitioner by virtue of his own actions and conduct was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

**EIGHTH DEFENSE**

Defendants aver that at all times herein, their actions were reasonable, justified and legally permissible under the circumstances.

**NINTH DEFENSE**

Defendants specifically plead that they are entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of their official duties.

**TENTH DEFENSE**

Despite having adequate and reasonable opportunity to do so, plaintiff failed to mitigate his damages so that any recovery sought herein should be reduced or be precluded entirely.

**ELEVENTH DEFENSE**

As a political subdivision of the State of Louisiana, defendants are entitled to and hereby plead the statutory limitation of liability, costs and interest contained in LSA-R.S. 13:5106 and LSA-R.S. 13:5112, as well as any other statutory or jurisprudential limitation of liability, costs, and

interest available to defendants under the law.

## TWELFTH DEFENSE

As a political entity defendant is entitled to and hereby pleads the statutory limitation of liability as provided for in LSA-R.S. 9:2798.1.

## THIRTEENTH DEFENSE

Plaintiff's claim is improper in that plaintiff has failed to exhaust available administrative remedies, as required by law.

## FOURTEENTH DEFENSE

In the alternative, defendants herein specifically plead the fault of third parties not named as parties or defendants in this entitled action as a legal cause of any damages that plaintiff may have sustained as a result of the incident complained of in this lawsuit.

WHEREFORE, defendants pray that this answer be deemed good and sufficient and after due proceedings there be judgment herein dismissing petitioner's Complaint with prejudice and at his costs.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

  s/ Fred Schroeder
FRED SCHROEDER (LSBN 11828)
1615 Poydras Street, Suite 1250
New Orleans, LA 70112
Tel. (504) 592-4600; Fax (504) 592-4641
Our file No. 09-296-05-E-1-060

**COUNSEL FOR DEFENDANTS**

CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of May, 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

  S / Fred Schroeder