FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA   09-3142-F(2)

2009 MAY -5 PM 3:49

LORETTA G. WHYTE
CLERK

May 5, 2009

WPSO
1007 Main Street
Franklinton, La. 70438
(985) 839-3434 Ext. 145

To Whom It May Concern:

    I, Warden Topps, acknowledge the medical records concerning one, Felton Magee, are accurate. If other orders are needed, feel free to contact me at the above number.

    Thank you for your time.


Warden D. Topps, WPSO



```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2153
CONNECTION TEL                  15045924841
CONNECTION ID
ST. TIME              05/05 10:01
USAGE T               00'54
PGS. SENT             3
RESULT                OK
```



# ROBERT J. CROWE

## SHERIFF ~ EX-OFFICIO TAX COLLECTOR

### Washington Parish ~ State of Louisiana

**FACSIMILE TRANSMISSION COVER SHEET**

TO: Judge G. Wilkinson's Office (504) 589-7630
" (504) 589-7633

DATE: 5/5/09

FROM: WPSO

NUMBER OF PAGES (including cover sheet): 3

MESSAGE: RE: Jetton Magee #119108

Thank you —
(KB)

IF YOU DID NOT RECEIVE ALL PAGES SENT OR IF THE PAGES ARE UNREADABLE, PLEASE CALL (985)839-4468.

OPERATOR: _____

**CONFIDENTIALITY NOTICE:**

This facsimile transmission (and or the documents accompanying it) may contain

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELTON MAGEE | CIVIL ACTION |
| VERSUS | NO. 09-3142 |
| SHERIFF ROBERT CROWE ET AL. | SECTION "F" (2) |

### ORDER

The court has received a copy of plaintiff's medical records from the Washington Parish Jail in response to its previous order dated March 27, 2009, Record Doc. No. 6. There is **no verification** attached to plaintiff's medical records. Accordingly,

**IT IS ORDERED** that, no later than **MAY 7, 2009**, the Warden of Washington Parish Jail must furnish a proper verification for the medical records of plaintiff to the undersigned magistrate judge at 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana 70130. A copy of the verification should also be sent to plaintiff, Felton Magee #119108, at the Washington Parish Jail.

New Orleans, Louisiana, this ___16th___ day of April, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL PARTIES AND
WARDEN
WASHINGTON PARISH JAIL
P. O. BOX 677
FRANKLINTON, LA 70438**