UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELTON MAGEE | CIVIL ACTION |
| VERSUS | NO. 09-3142 |
| SHERIFF ROBERT CROWE ET AL. | SECTION "F" (2) |

## ORDER

The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the hearing conducted via telephone on **June 11, 2009**, and recorded in the above-captioned case and hold same for further use.

New Orleans, Louisiana, this ___23rd___ day of September, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE